IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARRELL EUGENE HUMPHREY, DH, Minor Child, and SL, Minor Child, | ) ) ) ) | 8:12CV254 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| EMILI BOCKERT, et al., | ) ) | |
| Defendants. | ) | |

    Plaintiff, Darrell Eugene Humphrey, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Darrell Eugene Humphrey is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted for Darrell Eugene Humphrey, and the Complaint shall be filed without payment of fees.

    DATED this 18th day of September, 2012.

                                               BY THE COURT:

                                               *s/ John M. Gerrard*
                                               United States District Judge